UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPH RIEDL,

    Petitioner,

v.

Case No. 24-cv-10752
Hon. Matthew F. Leitman

GARY MINIARD,

    Respondent.
_____/

# JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:    s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 9, 2026
Detroit, Michigan